IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RANDALL SCHROEDER, Personal Representative of the ESTATE OF TERRANCE MCBRIDE; and MICHELLE BIEDIGER,<br><br>　　　　　Defendants. | 8:11-cv-00072-LSC-FG3<br><br>ORDER |

　　　　For good cause shown,

　　**IT IS ORDERED:**

　　1.　Plaintiff is granted leave to file a Second Amended Complaint, *see* Fed. R. Civ. P. 15(a)(2), and the Second Amended Complaint (Doc. 8) is the plaintiff's operative pleading.

　　2.　Plaintiff's Motion to Seal (Doc. 9) is granted. The unredacted Complaint (Doc. 1) and Amended Complaint (Doc. 4) shall be sealed.

　　**DATED February 25, 2011.**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge